**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Abdulkadir Mohamed,                              Civil No. 26-2400 (DWF/DLM)

        Plaintiff,

v.
                                                 **ORDER FOR DISMISSAL**
Steven G. Rice, *Field Office Director,*         **WITHOUT PREJUDICE**
*U.S. Citizenship and Immigration*
*Services, Minneapolis, MN*; Joseph B.
Edlow, *Director, U.S. Citizenship and*
*Immigration Services, Washington, D.C.*;
Markwayne Mullin, *Secretary,*
*Department of Homeland Security,*
*Washington, D.C.*; and Todd Blanche,
*Attorney General, U.S. Department of*
*Justice*,

        Defendants.


Based upon the Notice of Voluntary Dismissal filed by the Plaintiff on July 1,

2026, (Doc. No. [5]),

    **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT**

**PREJUDICE**.


Dated:  July 6, 2026              s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge